UNITED STATES of America,
Plaintiff–Appellee,

v.

William Lee TERZIN, Defendant–
Appellant.

No. 01–50125.

D.C. No. CR–00–00385–JNK.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 5, 2001 *.

Decided Nov. 15, 2001.

Before KLEINFELD, McKEOWN and
FISHER, Circuit Judges.

MEMORANDUM **

William Lee Terzin appeals the 30–
month sentence imposed after his guilty-
plea conviction of bank robbery, in viola-
tion of 18 U.S.C. § 2113(a). We have jur-
isdiction pursuant to 18 U.S.C. § 3742, and
affirm.

Terzin contends his sentence violated
*Apprendi v. New Jersey,* 530 U.S. 466, 120
S.Ct. 2348, 147 L.Ed.2d 435 (2000) because
the indictment did not plead the threat-of-
death sentence enhancement under USSG
§ 2B3.1(b)(2)(F). We review de novo the
district court's interpretation of the sen-
tencing guidelines, and its application of
the guidelines to the facts of a particular
case for an abuse of discretion. *See Unit-
ed States v. Ellis,* 241 F.3d 1096, 1099 (9th
Cir.2001). We review factual findings for
clear error. *See id.*

Terzin's contention is without merit be-
cause his 30–month sentence is less than
the 20–year maximum provided by 18
U.S.C. § 2113(a). As such, *Apprendi* is
not implicated. *See United States v. Egge,*
223 F.3d 1128, 1131 n. 1 (9th Cir.2000);
*see, e.g., United States v. Panaro,* 266 F.3d
939, 954 (9th Cir.2001) (affirming USSG
§ 2B3.2(b)(1) enhancement).

AFFIRMED.

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.